# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM CATO SELLS, | ) | |
| Plaintiff, | ) ) | CV-N-04-0566-LRH(RAM) |
| vs. | ) ) | ORDER |
| E.K. McDANIEL, *et al.,* | ) ) | |
| Defendants. | ) ) | |

Plaintiff has filed an "objection" (docket #46) to the magistrate judge's decision of September 23, 2005, to deny plaintiff's motion for appointment of counsel. The motion for appointment of counsel was a pretrial matter for which the magistrate judge was designated to hear and rule upon. See 28 U.S.C. § 636(b)(1)(A). Thus, the court has construed plaintiff's objection as a motion asking a district court judge to reconsider a magistrate judge's decision on a pretrial matter. *Id*. The undersigned district court judge has now considered the magistrate's order under the applicable standard and finds that it is not clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (#46) is **DENIED**.

DATED this 21st day of November, 2005.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE