UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| WILLIAM CATO SELLS, JR., ) | |
| ) | |
| Plaintiff, ) | 3:04-CV-00566-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| ELDON K. McDANIEL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr. (Doc. #57) entered on July 5, 2006, recommending granting Defendants' Motion for Summary Judgment (Doc. #50) filed on November 16, 2005, and denying Plaintiff's Motion for Court Order Directed to Defendant McDaniel for Extended Legal Copy Access (Doc. #51) filed on November 17, 2005. Plaintiff filed his Objection to Report and Recommendation by U.S. Magistrate McQuaid (Doc. #58) on July 19, 2006, and Defendants filed their Opposition to Plaintiff's Objection to Report and Recommendation of U.S. Magistrate Judge on July 28, 2006 (Doc. #59), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate

1 Judge's Report and Recommendation (Doc. #57) entered on July 5, 2006, should be adopted and
2 accepted.
3     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
4 (Doc. #57) entered on July 5, 2006, is adopted and accepted, and Defendant's Motion for Summary
5 Judgment (#50) is GRANTED and Plaintiff's Motion for Court Order Directed to Defendant McDaniel
6 for Extended Legal Copy Access (Doc. #51) is DENIED.
7     The Clerk of the Court shall enter judgment accordingly.
8     IT IS SO ORDERED.
9     DATED this 23rd day of August, 2006.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE